UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE MYUNG JA, | CASE NO. C26-0496JLR |
| Plaintiff, | ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

On February 11, 2026, this matter was transferred to this court from the Northern District of Illinois as part of MDL No. 3174, *In re: Air Crash at Muan International Airport, South Korea on December 29, 2024.* (*See* Conditional Transfer Order (Dkt. # 30).) There are three pending motions in this action that relate to venue: (1) Plaintiff's motion to transfer venue (Dkt. # 10), (2) Defendant's motion to dismiss this matter and two related matters under the doctrine of *forum non conveniens* (Dkt. # 16), and (3) Plaintiff's motion to voluntarily dismiss this matter and the two related matters without prejudice (Dkt. # 22). Neither party, however, objected to the Panel on Multidistrict

ORDER - 1

Litigation's Conditional Transfer Order; to the contrary, that order states that all parties support centralization in this District.  (*See* Conditional Transfer Order at 1.)

Accordingly, the court ORDERS the parties to SHOW CAUSE, by no later than **February 19, 2026**, why the court should not deny the pending motions as moot.  The Clerk is DIRECTED to renote the pending motions (Dkt. ## 10, 16, 22) for February 19, 2026.

Dated this 12th day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2