UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE MYUNG JA, | CASE NO. C26-0496JLR |
| Plaintiff, | ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

On February 11, 2026, this matter was transferred to this court from the Northern District of Illinois as part of MDL 3174, *In re: Air Crash at Muan International Airport, South Korea on December 29, 2024*.  (*See* Conditional Transfer Order (Dkt. # 30).) There are three pending motions in this action:  (1) Plaintiff's motion to transfer venue (Dkt. # 10), (2) Defendant's motion to dismiss this matter and two related matters under the doctrine of *forum non conveniens* (Dkt. # 16), and (3) Plaintiff's motion to voluntarily dismiss this matter and the two related matters without prejudice (Dkt. # 22).

ORDER - 1

On February 12, 2026, the court ordered the parties to show cause why the court should not deny these motions as moot.  (2/12/26 Order (Dkt. # 34).)  Both parties filed timely responses.  (Def. Resp. (Dkt. # 36); Pl. Resp. (Dkt. # 37).)  Defendant agrees that Plaintiff's motions are moot but asks the court to deny its motion without prejudice to filing a motion to dismiss on *forum non conveniens* grounds that addresses all of the actions in this MDL.  (*See generally* Def. Resp.)  Plaintiff agrees that his motions are moot and does not object to Defendant filing a revised motion to dismiss.  (*See generally* Pl. Resp.)

Accordingly, the court ORDERS as follows:

(1)     Plaintiff's motions (Dkt. ## 10, 22) are DENIED as moot.

(2)     Defendant's motion (Dkt. # 16) is DENIED without prejudice.

Dated this 20th day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2